IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.

CASE NUMBER 4:05cr24/SPM
UNDER SEAL

ADEDEJI ADENIRAN,
  a/k/a Tony
  a/k/a Aare
STEPHEN O. ADETONA,
  a/k/a Taju
ADEYINKA OLUSHOLA CHEESE
  a/k/a Adeyinka Sanusi Cheese
DAPHNEE PHILIAS,
MONSURAT SOLA ADEBANJO,
  a/k/a Monsurat Sola White
ANTHONY GOLDMAN,
FATAI TAIWO,
  a/k/a Asa
and
AREMU ODUNBAKU,
  a/k/a Adeyemi O. Ajibose
  a/k/a Yemi Agibose
  a/k/a Sir Yemi
  a/k/a Baba Toro
_____/

## MOTION REQUESTING AN ORDER UNSEALING THE INDICTMENT

The United States of America requests this Court issue an Order unsealing the indictment returned by the Grand Jury in this case, and in support of this motion states as follows:

1. Defendants **STEPHEN O. ADETONA, ADEYINKA OLUSHOLA CHEESE, DAPHNEE PHILIAS, ANTHONY GOLDMAN, FATAI TAIWO, and AREMU ODUNBAKU** have been arrested this morning in the Southern District of Florida and the

Eastern District of New York based upon warrants issued as a result of the Indictment. Initial appearances have been scheduled for the defendant in the respective courts.

2. In order to accommodate the initial appearances, the defendants must be provided with a copy of the Indictment. Although two of the defendants, **ADEDEJI ADENIRAN and MONSURAT SOLA ADEBANJO,** have not been apprehended, they are both fugitives at this point and are apparently aware that law enforcement is looking for them. The unsealing of the Indictment would therefore be appropriate.

WHEREFORE, it is respectfully requested that the Court order the unsealing of the Indictment returned in this case.

Respectfully submitted,

GREGORY R. MILLER
UNITED STATES ATTORNEY

*/s/ Stephen M. Kunz/*

STEPHEN M. KUNZ
Assistant U.S. Attorney
Florida Bar No. 0322415
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301
(850) 942-8430

## ORDER

The government's motion is granted.

DONE AND ORDERED this the 13th day of July, 2005.

*/s/ William Stafford/*
UNITED STATES ~~MAGISTRATE~~ JUDGE
District (WS)

2